# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __2903__ & TITLE - IN RE: _In re Fisher-Price Rock 'N Play Sleeper Marketing Litig._

1. **Oral Argument** – Check ONE of the following boxes:

    [✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

    Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

    [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

    [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

    [ ] Support Centralization

    [ ] Oppose Centralization

    [✔] Other _Oppose Centralization, but Alternatively Support Centralization in WDNY_

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

    _Western District of New York_

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
   See attached list.

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
   See attached list.

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   Demet Basar
   Name

   Wolf Haldenstein Adler Freeman & Herz LLP
   Law Firm

   New York                                    NY
   City                                        State

   Telephone No.: (212) 545-4600

   Email Address: basar@whafh.com

   July 2, 2019          Demet Basar              /s/ Demet Basar
   Date                  Printed Name             Authorized Signature

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 2903--In re: Rock 'n Play Sleeper Marketing Litigation

**NOTICE OF PRESENTATION OF DEMET BASAR, ESQ. – CONTINUED**

**LIST OF PARTIES REPRESENTED**

1. Cassandra Mulvey

2. Katharine Shaffer

3. Mark Nabong

4. Emily Barton

5. Luke Cuddy

**SHORT CASE CAPTION(S)**

1. Mulvey v. v. Fisher-Price, Inc. and Mattel, Inc., Case No. 1:19-cv-00518 (W.D.N.Y.)

2. Shaffer v. Fisher-Price, Inc. and Mattel, Inc., Case No. 1:19-cv-00667 (W.D.N.Y.)

3. Nabong v. v. Fisher-Price, Inc. and Mattel, Inc., Case No. 1:19-cv-00668 (W.D.N.Y.)

4. Barton v. Fisher-Price, Inc. and Mattel, Inc., Case No. 1:19-cv-00670 (W.D.N.Y.)

5. Cuddy v. Fisher-Price, Inc. and Mattel, Inc., Case No. 1:19-cv-00787 (W.D.N.Y.)

804928.2